**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | | |
|---|---|---|
| NURY E. BURGOS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO.: _____ |
| PILGRIM'S PRIDE CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF REMOVAL

DEFENDANT Pilgrim's Pride Corporation ("Pilgrim's Pride"), in accordance with 28 U.S.C. §§ 1441 and 1446, hereby submits the following Notice of Removal of the civil action filed against it by Nury E. Burgos, the above-captioned Plaintiff, in the Superior Court of Athens-Clarke County, Georgia, Case No. SU-16-cv-0523, to the United States District Court for the Middle District of Georgia, Athens Division.

In support of this Notice of Removal, Pilgrim's Pride asserts as follows:

1.      Pilgrim's Pride was named in an employment discrimination action now pending in the Superior Court of Athens-Clarke County, Georgia Case No. SU-16-cv-0523.  The Complaint was filed on or about June 28, 2016.  Pilgrim's Pride was served on July 5, 2016.

2.      Removal to this Court is appropriate under 28 U.S.C. § 1331 because all of Mr. Burgos' claims arise under laws of the United States, specifically 42 U.S.C. § 2000(e) (Title VII of the Civil Rights Act of 1964), as amended by the Civil Rights, Act of 1991, Americans with Disabilities Act of 1990 ("ADA"), Family and Medical Leave Act of 1993 ("FMLA"), and the Age Discrimination Act of 1967 ("ADEA").  *See* Complaint ¶¶ 1, 11.  In fact, the jurisdiction of

1

SGR/14342825.1

the Superior Court of Athens-Clake County was "invoked pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343." *See* Complaint ¶ 2.

3.    This Notice of Removal is timely filed under 28 U.S.C. § 1446 because the notice is being filed within thirty days of the receipt of the Summons and Complaint setting forth the federal claims for relief upon which this action is based.

4.    Removal to this Court is appropriate under 28 U.S.C. § 1441(a) because this is the district and the division of the federal court embracing the Superior Court of Athens-Clarke County, Georgia, where the action is pending.

5.    Copies of all process and pleadings served in this case and filed in the Superior Court of Athens-Clarke County are attached as **Exhibit A** hereto and incorporated herein by reference.  These attachments constitute all documents known to have been served in the case.

6.    Pilgrim's Pride has given written notice of the filing of this Notice of Removal to all other parties in this action and will promptly file a copy of the Notice with the Clerk of the Superior Court of Athens-Clarke County in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Pilgrim's Pride Corporation respectfully request that this action proceed before this Court as an action properly removed.

This 2nd day of August, 2016.

2

Respectfully submitted,

SMITH, GAMBRELL & RUSSELL, LLP


*/s/ J. Harrison Anthony*
Matthew W. Clarke
Georgia Bar No. 127430
J. Harrison Anthony
Georgia Bar No. 395860


Promenade, Suite 3100
1230 Peachtree Street, NE
Atlanta, Georgia  30309-3592
Telephone: 404-815-3500
Facsimile: 404-815-3509

Email: mclarke@sgrlaw.com
Email: janthony@sgrlaw.com


*Attorneys for Pilgrim's Pride Corp.*

3

SGR/14342825.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

|  |  |  |
|---|---|---|
| NURY E. BURGOS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO.: _____ |
| PILGRIM'S PRIDE CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Certificate of Service**

The undersigned hereby certifies that he has filed the foregoing document electronically with the Clerk of Court using the CM/ECF system, which will send an electronic copy of the foregoing **NOTICE OF REMOVAL** to Plaintiff's attorney of record.  The undersigned hereby further certifies a copy of the foregoing was mailed to Plaintiff's attorney of record via United States Mail, First Class postage prepaid to ensure deliver to:

Adam M. Cain
Law Offices of Adam M. Cain, LLC
P.O. Box 193
Watkinsville, Georgia 30677

This 2nd day of August, 2016

*/s/ J. Harrison Anthony*
J. Harrison Anthony

4

SGR/14342825.1